# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

V.

**ANTHONY DAVIS**
**BRUSHAWN WOODSON**

**CRIMINAL COMPLAINT**
SEALED
CASE NUMBER: 1:16-mj-0488
-01
-02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Count One: On or about April 16, 2016, in Marion County, within the Southern District of Indiana, Indianapolis Division, the defendants, BRUSHAWN WOODSON and ANTHONY DAVIS, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property, that is, Oxycodone and Tussinex, from the person and in the presence of an employee of the Kroger Pharmacy located at 5810 East 71st Street, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, while the victim engaged in commercial activities as an employee of Kroger Pharmacy, a business that was engaged in and affects interstate commerce.

. In violation of Title 18, United States Code, Section 1951(a).

I further state that I am a Detective, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_____
Detective Jeremy Ingram, FBI-TFO

**Sworn to before me, and subscribed in my presence**

July 14, 2016
**Date**

at   Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

## AFFIDAVIT

This affiant, Jeremy Ingram, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and a Detective for the Indianapolis Metropolitan Police Department (IMPD), being duly sworn under oath states as follows:

### I.   AGENT BACKGROUND

1. I am currently employed by IMPD as a Robbery and Homicide Detective and I am also currently employed as a TFO with the FBI in the Indianapolis Field Office. I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2. I am a graduate of the Indianapolis Police Department (IPD) Academy in August of 1999 and have completed narcotics training and interdiction training with the Drug Enforcement Administration (DEA), along with additional training conducted by IMPD. I have been a detective with IPD or IMPD since January of 2003 and have been with the Robbery and Homicide unit since October of 2014. Over the course of my employment with IMPD, I have participated in and conducted numerous investigations involving individuals illegally possessing and trafficking in narcotics and firearms. I have also conducted and participated in numerous investigations involving criminal street gangs, drug trafficking organizations, and individuals illegally possessing and trafficking firearms in furtherance of drug trafficking offenses. I have participated in over 1000 Federal and State Search Warrants and Arrest Warrants involving narcotics and firearms offenses. I have also conducted numerous investigations involving violent crimes, commercial robberies and the use of firearms to commit armed robberies of commercial establishments.

3. This affidavit is submitted in support of a Criminal Complaint and warrant authorizing the arrest of **Brushawn WOODSON (WOODSON)**, black male, date of birth XX/XX/1997 and of **Anthony DAVIS (DAVIS),** black male, and date of birth XX/XX/1998.

4. Based on my training and experience, and on the facts described below, probable cause exists to believe that **WOODSON** has committed a violation of Title 18, United States Code, Section 1951(a) ("Hobbs Act Robbery") in that **WOODSON** threatened physical violence by committing one pharmacy robbery on April 16, 2016.

5. Based on my training and experience, and on the facts described below, probable cause exists to believe that **DAVIS** has committed a violation of Title 18, United States Code, Section 1951(a) ("Hobbs Act Robbery") in that **DAVIS** threatened physical violence by committing one pharmacy robbery on April 16, 2016.

6. The facts contained in this affidavit are based in part on information provided by other federal, state, and local law enforcement officers.

7. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the application, I have not included each and every fact known to me concerning this investigation. More specifically, I have set forth only those facts that I believe are necessary to establish the required probable cause.

## II. STATUTORY AUTHORITY

8. This investigation concerns an alleged violation of Title 18, United States Code, Sections 1951(a), which prohibits any person from unlawfully obstructing, delaying and affecting commerce and the movement of articles and commodities in such commerce, by robbery.

### III. FACTS ESTABLISHING PROBABLE CAUSE

9.     On 04/16/2016 Officers Theodore Cragen and Jeffery Patterson of IMPD were dispatched to a Robbery in progress at the Kroger Pharmacy located at 5810 East 71st Street, Indianapolis, Indiana. Both Officers were wearing IMPD uniforms and were driving fully marked IMPD vehicles. Dispatch advised that two males were in the pharmacy and were wearing heavy clothing covering their faces. While en-route to Kroger, Officer Cragen was informed that the Kroger Pharmacy had just been robbed by two black males and that they were exiting the store at that moment. Officer Cragen pulled into the parking lot and observed two black males to be exiting the store that were wearing heavy clothing. The weather on this day was sunny and in the high 70's. The suspects did not see Officer Cragen and he was able to follow them for a short distance as they approached a red Chevrolet Impala in the back of the parking lot. Officer Cragen was able to get the license plate on the Impala to be XEQ446. As the males were opening the doors to the vehicle, Officer Cragen yelled out to them "Police Department, get on the ground." Officer Cragen observed one of the individuals standing outside of the car throw a shopping bag inside of the Impala. The driver of the vehicle drove off, leaving both suspects stranded. At this time both suspects began to run on foot southbound in the parking lot. Officer Cragen was able to get into his police car and follow them with lights and sirens going the entire time they were running. Officer Cragen observed the suspects run southbound through the parking lots of Steak and Shake and the PNC Bank. The suspects then ran eastbound across Binford Boulevard to the parking lot of Starbucks and then ran northbound behind the Jimmy John's located at 7002 Binford Boulevard. As the suspects got behind Jimmy John's they were visibly out of breath and knelt down behind a vehicle. Officer Cragen observed one of the males to be removing large brown timberland boots. Officer Cragen again drew his department issued firearm and made loud

3

verbal commands "Police Department, get on the ground, facedown, now." At that time one of the suspects complied and Officer Cragen was able to take the subject into custody with no problems. The second subject attempted to continue running northbound with no shoes on. That suspect was apprehended by Officer Patterson a short distance away. Officer Cragen verbally identified the suspect that he caught as **Brushawn WOODSON**. Officer Cragen verbally identified the suspect that Officer Patterson caught as **Anthony DAVIS**. **DAVIS** complained of difficulty breathing and Medic 61R responded to the scene and evaluated **DAVIS**. After **DAVIS** and **WOODSON** were apprehended, Officer Stephen Jones went to Kroger to speak with the employees and gather more information. On arrival, Officer Jones spoke with VICTIM 1, who advised that he/she was the pharmacist. VICTIM 1 stated two black males walked over to the pharmacy area and were hanging around. VICTIM 1 described the first suspect as a black male in his late teens, approximately 5'8", wearing a Golden State ball cap and a Rock Revival hooded sweatshirt. VICTIM 1 described the second suspect as a black male in his late teens, approximately 5'8", and wearing a Ralph Lauren Polo beanie style cap, Ralph Lauren Polo hooded sweatshirt, camo pants and tan work boots. VICTIM 1 stated that both suspects were walking up and down the pharmacy aisles and did not appear to buying anything. VICTIM 1 also stated that both suspects were trying to cover their faces with their hands and that they were wearing heavy clothing. VICTIM 1 recognized this type of behavior from a prior robbery at this same location and decided to call 911. VICTIM 1 indicated that one of the suspects brought him/her a toothbrush and asked for a price check. VICTIM 1 informed the two individuals of the price of the toothbrush and then they left the counter. The two individuals then approached the counter again with a bag of candy and asked for another price check. The two individuals did not purchase the candy, but then asked about some diabetic supplies near the counter. VICTIM 1

advised that the first male suspect then presented him/her a note stating they were "Armed and Dangerous" and also demanding several medications. VICTIM 1 did not see a gun but it was implied they were armed. VICTIM 1 put 68 pills of 20mg Oxycodone and 462 mL of Tussinex in a bag and handed it to the suspects. VICTIM 1 stated that both suspects then left the store. Robbery was notified of the incident and Det. John Dietz arrived to assist with the investigation. Officer Patterson collected the note and all evidence and was able to obtain latent prints from the bag of candy. Det. Dietz transported VICTIM 1to the apprehension site and he/she positively identified **WOODSON** and **DAVIS** as the individuals who committed the robbery of the Kroger Pharmacy. Officers were unable to locate the prescription narcotics taken from the Kroger. Both **WOODSON** and **DAVIS** were transported to the APC by Marion County Wagon. All of the above events occurred in Marion County, State of Indiana.

10. At the time of the robbery, the Kroger pharmacy located at 5810 East 71st Street, Indianapolis, Indiana, was engaged in the retail sales of prescription medications in interstate commerce and in an industry which affects interstate commerce.

## IV.   CONCLUSION

11. Based on the above information, I have probable cause to believe that **WOODSON** violated Title 18, United States Code, Section 1951(a) in that **WOODSON** threatened physical violence by committing a Hobbs Act Robbery of a business entity that sells goods produced and delivered to Indiana in interstate commerce.

12. I also have probable cause to believe that **DAVIS** violated Title 18, United States Code, Section 1951(a) in that **DAVIS** threatened physical violence by committing a Hobbs Act robbery of a business entity that sells goods produced and delivered to Indiana in interstate commerce.

13.     I further request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including this affidavit. I believe that sealing this document is necessary because the information gathered is relevant to an on-going investigation into criminal activity, the entire extent of which is not known at this time. Based upon my training and experience, and information I have received from other law enforcement agents, I know that criminals actively search for criminal affidavits and search warrants via the Internet, and disseminate them to other criminals as they deem appropriate, i.e., post them publicly on-line through different forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Detective Jeremy Ingram
Task Force Officer
Federal Bureau of Investigations

Subscribed and sworn before me this 14th day of July, 2016.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana